IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCY RODRIGUEZ, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

INSTAGRAM, LLC,

    Defendant.

No. C 12-06482 WHA

**ORDER RE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff has filed a motion for leave to file an amended complaint. The proposed amended complaint seeks relief on behalf of a nationwide class, rather than the California class originally sought in the first amended complaint.

Defendant is requested to file a response to the motion, due by **JUNE 24 AT NOON.** In particular, the Court is interested in whether plaintiff's proposed amendment is contrary to the factors identified in *Foman v. Davis*, 371 U.S. 178, 182 (1962); the extent to which an amendment made for the sole purpose of pleading federal subject-matter jurisdiction may be denied; and whether California's Unfair Competition Law can be applied extraterritorially to plaintiffs who are not California residents. Plaintiff may file a reply, due by **JUNE 28 AT NOON**.

Dated: June 14, 2013.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE