IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCY RODRIGUEZ, individually and
on behalf of all others similarly situated,

    Plaintiff,

  v.

INSTAGRAM, LLC, a Delaware LLC,

    Defendant.

No. C 12-06482 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for leave to file a second amended complaint, **JUDGMENT IS HEREBY ENTERED** against plaintiff and in favor of defendant without prejudice to plaintiff re-filing in state court.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE